UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 AUG 27 PM 3:05

CLERK

BY ___KP___
DEPUTY CLERK

JESSIE L. WRIGHT, as PARENT and
EXECUTOR OF THE ESTATE OF
MILLEY WRIGHT,
      Plaintiff,

v.

POLARIS INDUSTRIES INC.,
and POLARIS INC.,
      Defendants.

Case No. 2:25-cv-00564

JURY TRIAL DEMANDED

## ORDER

AND NOW, this 27th day of August, 2025, the Stipulation of the parties (Doc. 20) is hereby adopted and shall be entered as a Protective Order.

_____
Hon. Mary Kay Lanthier
United States District Court Judge